KENTON FURNACE R. CO. *v.* JAMES LOWDER.

[Abstract Kentucky Law Reporter, Vol. 1—399.]

**Peremptory Instruction.**

Where there is conflict of evidence as to where the boundary line between real estate in controversy ran, it is error for the court to instruct the jury to find for the defendant.

**Admission of Evidence.**

It is error to admit in evidence a judgment, deed and execution in another case, when at the time of the levy and sale the land in controversy was in the adverse possession of appellee, such sale being void.

APPEAL FROM GREENUP CIRCUIT COURT.

November 9, 1880.

OPINION BY JUDGE HINES:

The court below erred in admitting in evidence the judgment, execution and deed in the case of *Domain & Co. v. Kenton F. R. Co.*, because at the time of the levy and sale the land in controversy was in the adverse possession of appellee and therefore the sale was absolutely void. Sec. 2, Chap. 11, Gen. Stat.

As there was a conflict of evidence as to where the line ran between lots No. 5 and 10, it was error in the court to instruct the jury to find for the defendant. The instructions given in the first instance were substantially correct, except No. 5, which is erroneous for the reason indicated in the first paragraph of this opinion.

Judgment *reversed* and cause remanded for further proceedings.

*B. F. Bennett, W. H. Wadsworth, for appellant.*

*E. F. Dulin, for appellee.*